UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE LEGAL AID SOCIETY,
NATIONAL IMMGIRATION PROKECT
OF THE NATIONAL LAWYERS
GUILD, and AMERICAN
IMMIGRATION COUNCIL

        Plaintiffs,

    -v-

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES and U.S.
DEPARTMENT OF HOMELAND
SECURITY,

        Defendants.

26-cv-1140 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    Plaintiffs seek in this action under the Freedom of Information Act, 5 U.S.C. § 552 et seq., to compel defendants U.S. Citizenship and Immigration Services ("USCIS") and U.S. Department of Homeland Security ("DHS") to publish non-precedent decisions issued by USCIS's Administrative Appeals Office ("AAO") since March 2025 and to resume the publication of such decisions going forward. Plaintiffs also seek disclosure of records related to the suspension of the publication of such decisions in March 2025.

    After plaintiffs initiated this action, the Government agreed to resume publishing AAO decisions and to publish the backlogged decisions issued since March 2025. The parties have not agreed, however, to a timeline for posting previously issued decisions. After hearing proposals from both parties, the Court orders as follows: Defendants

shall complete the posting of all prior AAO decisions, while also remaining current with the posting of new AAO decisions, by no later than November 30, 2026. As the parties have agreed, defendants should address the backlog by first posting the most recent AAO decisions so that plaintiffs and counsel have the benefit of the agency's most recent decision making.

Plaintiffs have indicated to the Court that they would withdraw the portion of their request seeking agency records related to the suspension of the publication of AAO decisions, should their request relating to the posting of such decisions be resolved. Accordingly, the Court need not address that portion of plaintiffs' request.

SO ORDERED.

New York, NY
March 30, 2026

JED S. RAKOFF, U.S.D.J.